UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LARON N. CUNNINGHAM, | Case No. 3:13-cv-209 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| vs. | |
| THE HONORABLE MAUREEN O'CONNOR, et al., | |
| Defendants. | |

**DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS (Doc. 6) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. 9) OF THE UNITED STATES MAGISTRATE JUDGE**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on July 11, 2013 submitted a Report and Recommendations ("R&R"). (Doc. 6). Plaintiff objected to the R&R. (Doc. 7). This Court then recommitted the case to the Magistrate Judge for reconsideration in light of the objections. (Doc. 8). Pursuant to such reference, the Magistrate Judge reviewed the objections, and, on July 22, 2013, submitted a Supplemental R&R. (Doc. 9). Plaintiff did not object to the Supplemental R&R.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such R&R and Supplemental R&R should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendations (Doc. 6) and Supplemental Report and Recommendations (Doc. 9) are **ADOPTED**;

2. Plaintiff's objections (Doc. 7) are **OVERRULED**;

3. Plaintiff's complaint is **DISMISSED WITH PREJUDICE** and a certificate of appealability would be objectively frivolous and therefore Plaintiff will not be permitted to proceed *in forma pauperis*; and

4. This case is **CLOSED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/16/13

Timothy S. Black
United States District Judge