UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LARON N. CUNNINGHAM,**          Case No. 3:13-CV-209

    Plaintiff,          **Judge Timothy S. Black**
         **Magistrate Judge Michael R. Merz**

**-vs-**

**THE HONORABLE**
**MAUREEN O'CONNOR,** *et al.***,**

    Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 6) and Supplemental Report and Recommendations (Doc. 9) are **ADOPTED**; the Plaintiff's Objections (Doc. 7) are **OVERRULED**; the Plaintiff's complaint is **DISMISSED** with prejudice; a certificate of appealability would be objectively frivolous and Plaintiff will not be permitted to proceed *in forma pauperis*; and the case is **TERMINATED** from the docket of the Court.

Date: 8/16/2013          **JOHN P. HEHMAN, CLERK**

         By: *s/ M. Rogers*_____
         Deputy Clerk